Brittany L. Shaw, Esq. (SBN 331773)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
James K. Schultz, Esq. (SBN 309945)
SESSIONS, ISRAEL & SHARTLE, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426
Tel:  619/758-1891
Fax:  877/334-0661
bshaw@sessions.legal
dkirkpatrick@sessions.legal
jschultz@sessions.legal

*Attorneys for R.M. Galicia, Inc. dba Progressive Management Systems*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR FERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PROGRESSIVE MANAGEMENT SYSTEMS and EMERGENCY AND ACUTE CARE MEDICAL CORP.,<br><br><br>　　　　　Defendants. | Case No.: 3:21-cv-00341 BEN-RBB<br><br>SECOND JOINT MOTION TO EXTEND TIME FOR PROGRESSIVE MANAGEMENT SYSTEMS TO RESPOND TO COMPLAINT |

　　　Plaintiff Hector Fernandez and R.M. Galicia, Inc. dba Progressive Management Systems ("PMS"), by and through undersigned counsel, hereby agree and request the Court's approval of an extension of time until September 15, 2021,

for PMS to respond to Plaintiff's Complaint. This Joint Motion is made with respect to the following:

1. Plaintiff's Class Action Complaint was filed on April 30, 2021.

2. PMS was served with the Complaint on July 28, 2021.

3. PMS's initial response to the Complaint is due August 18, 2021.

4. PMS's initial extension to respond to the Complaint was due September 1, 2021.

5. The additional time for PMS to respond to the Complaint is needed to allow PMS to gather additional documents and complete its internal investigation of Plaintiff's claims and provide information to defense counsel to prepare a response. The additional time will also allow the parties to explore potential early settlement of the case.

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED, by and through undersigned counsel, that PMS shall have until September 15, 2021, to respond to the Complaint. The parties jointly request the Court approve this extension.

Dated: 9/1/21                   SCHONBRUN SEPOW HARRIS
                                HOFFMAN & ZELDES, LLP

                                */s/Helen I. Zeldes*
                                Helen I. Zeldes
                                Attorney for Plaintiff
                                Hector Fernandez


Dated: 9/1/21                   SESSIONS, ISRAEL & SHARTLE, L.L.P.

                                */s/Brittany L. Shaw*
                                Brittany L. Shaw
                                Attorney for Defendant
                                R.M. Galicia, Inc. dba
                                Progressive Management Systems


## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Helen Zeldes, counsel for Plaintiff, and that I have obtained Ms. Zeldes' approval of his electronic signature to this document.

Dated: 9/1/21                   SESSIONS, ISRAEL & SHARTLE, L.L.P.

                                */s/Brittany L. Shaw*
                                Brittany L. Shaw
                                Attorney for
                                R.M. Galicia, Inc. dba
                                Progressive Management Systems