**Andrew A. Bao (SBN 247092)**
*aabao@ww.law*
**WOLFE & WYMAN LLP**
**2301 Dupont Drive, Suite 300**
**Irvine, California 92612-7531**
**Telephone: (949) 475-9200**
**Facsimile: (949) 475-9203**

**Attorneys for Defendant**
**EMERGENCY AND ACUTE CARE MEDICAL CORP.**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

HECTOR FERNANDEZ, individually and on behalf of all others similarly situated,

Plaintiff,

v.

PROGRESSIVE MANAGEMENT SYSTEMS and EMERGENCY AND ACUTE CARE MEDICAL CORP.,

Defendants.

CASE NO.: 3:21-CV-00841-BEN-RBB

Assigned to Hon. Roger T. Benitez
Courtroom: 5A

**DEFENDANT, EMERGENCY AND ACUTE CARE MEDICAL CORP.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FRCP Rule 12(b)(6); MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT THEREOF**

**Date: October 4, 2021**
**Time: 10:30 a.m.**
**Courtroom: 5A**

Trial Date: None Set
Action Filed: April 30, 2021

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **October 4, 2021** at **10:30 a.m.**, or soon thereafter as the matter may be heard in Courtroom 5A of the above-entitled Court, Defendant EMERGENCY AND ACUTE CARE MEDICAL CORP. ("EACMC") will move the Court for an Order dismissing Plaintiff HECTOR FERNANDEZ'



WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW
W&W

("Plaintiff") Complaint pursuant to *Federal Rule of Civil Procedure* Rule 12(b)(6).

This Motion to Dismiss is based on this Notice, the attached Memorandum of Points and Authorities, the records and pleadings on file herein and such other evidence as may be presented.

DATED: September 1, 2021

WOLFE & WYMAN LLP

By: *__/s/ Andrew A. Bao (SBN 247092)__*
ANDREW A. BAO
Attorneys for Defendant
**EMERGENCY AND ACUTE CARE MEDICAL CORP.**
E-mail: aabao@ww.law

W&W WOLFE & WYMAN LLP ATTORNEYS & COUNSELORS AT LAW

# PROOF OF SERVICE

**STATE OF CALIFORNIA ) ss.**
**COUNTY OF ORANGE )**

I, Kathleen S. Gambill, declare:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2301 Dupont Drive, Suite 300, Irvine, California 92612.

On September 1, 2021, I served the document(s) described as **DEFENDANT, EMERGENCY AND ACUTE CARE MEDICAL CORP.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FRCP RULE 12(b)(6); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as stated on the ATTACHED SERVICE LIST.

☐ **BY MAIL**: as follows:

☒ **FEDERAL** – I deposited such envelope in the U.S. Mail at Irvine, California, with postage thereon fully prepaid.

☒ **BY ELECTRONIC MAIL** as follows: I hereby certify that I electronically transmitted the attached document(s) to the U.S. District Court using the CM/ECF System for filing, service and transmittal of Notice of Electronic Filing to the CM/ECF registrants for this case. Upon completion of the electronic transmission of said document(s), a receipt is issued to the serving party acknowledging receipt by ECF's system, which will be maintained with the original document(s) in our office.

☐ **BY OVERNIGHT COURIER SERVICE** as follows: I caused such envelope to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

☐ **STATE** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **FEDERAL** I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

Executed on September 1, 2021, at Irvine, California.

*/s/ Kathleen S. Gambill*
KATHLEEN S. GAMBILL

W&W WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

**SERVICE LIST**
**United States District Court of California, Southern District (San Diego)**
**HECTOR FERNANDEZ v. PROGRESSIVE MANAGEMENT SYSTEMS, ET AL.**
**Case No.: 3:21-cv-00841-BEN-RBB**
**W&W File No. 1408-123**
**[Revised: August 27, 2021]**

| | |
|---|---|
| Helen Irene Zeldes, Esq.<br>SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP<br>501 West Broadway, Suite 800<br>San Diego, CA 92101 | Attorneys for Plaintiff, HECTOR FERNANDEZ<br><br>T: 619-400-4990<br>Email: hzeldes@sshhzlaw.com |
| Brittany L. Shaw, Esq.<br>1545 Hotel Circle South, Suite 150<br>San Diego, CA 92108 | Attorneys for Defendant PROGRESSIVE MANAGEMENT SYSTEMS<br><br>T: 619-758-1891<br>F: 619-296-2013<br>Email: bshaw@sessions.legal |

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW
W&W