Andrew A. Bao (SBN 247092)
*aabao@ww.law*
WOLFE & WYMAN LLP
2301 Dupont Drive, Suite 300
Irvine, California 92612-7531
Telephone: (949) 475-9200
Facsimile: (949) 475-9203

Attorneys for Defendant
EMERGENCY AND ACUTE CARE MEDICAL CORPORATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR FERNANDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE MANAGEMENT SYSTEMS and EMERGENCY AND ACUTE CARE MEDICAL CORP.,<br><br>Defendants. | CASE NO.: 3:21-CV-00841-BEN-RBB<br><br>Assigned to Hon. Roger T. Benitez<br>Magistrate: Hon. Ruben B. Brooks<br>Courtroom: 5A<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>**[LOCAL CIV. RULE 40.2]**<br><br>Trial Date: None<br>Action Filed: April 30, 2021 |

**TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 40.2, the undersigned counsel for EMERGENCY AND ACUTE CARE MEDICAL CORPORATION ("EACMC"). certifies that the following list identifies all of its

///

///

1

parent corporations and lists any publicly held company that owns 10% or more of EACMC's stock:

100% of the issued and outstanding stock of EACMC is owned by EA Health Medical Group Holdings, Inc.

100% of the stock of EA Health Medical Group Holdings, Inc. is owned by Arthur L. Gruen, Trustee of the Arthur Lawrence Gruen and Catherine Ann Gruen Family Trust dated March 6, 2018.

No stock is held by any publicly held company.

DATED: September 2, 2021  WOLFE & WYMAN LLP

By: */s/ Andrew A. Bao*
ANDREW A. BAO
Attorneys for Defendant
**EMERGENCY AND ACUTE CARE MEDICAL CORPORATION**
E-mail: aabao@ww.law

# PROOF OF SERVICE

**STATE OF CALIFORNIA** ) ss.
**COUNTY OF ORANGE** )

I, Kathleen S. Gambill, declare:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 2301 Dupont Drive, Suite 300, Irvine, California 92612.

On September 2, 2021, I served the document(s) described as **CORPORATE DISCLOSURE STATEMENT** on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as stated on the ATTACHED SERVICE LIST.

☐ **BY MAIL**: as follows:

☒ **FEDERAL** – I deposited such envelope in the U.S. Mail at Irvine, California, with postage thereon fully prepaid.

☒ **BY ELECTRONIC MAIL** as follows: I hereby certify that I electronically transmitted the attached document(s) to the U.S. District Court using the CM/ECF System for filing, service and transmittal of Notice of Electronic Filing to the CM/ECF registrants for this case. Upon completion of the electronic transmission of said document(s), a receipt is issued to the serving party acknowledging receipt by ECF's system, which will be maintained with the original document(s) in our office.

☐ **BY OVERNIGHT COURIER SERVICE** as follows: I caused such envelope to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

☐ **STATE** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **FEDERAL** I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

Executed on September 2, 2021, at Irvine, California.

                                                  */s/ Kathleen S. Gambill*
                                                  KATHLEEN S. GAMBILL

**SERVICE LIST**
**United States District Court of California, Southern District (San Diego)**
**HECTOR FERNANDEZ v. PROGRESSIVE MANAGEMENT SYSTEMS, ET AL.**
**Case No.: 3:21-cv-00841-BEN-RBB**
**W&W File No. 1408-123**
**[Revised: August 27, 2021]**

| | |
|---|---|
| Helen Irene Zeldes, Esq.<br>SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP<br>501 West Broadway, Suite 800<br>San Diego, CA 92101 | Attorneys for Plaintiff, HECTOR FERNANDEZ<br><br>T: 619-400-4990<br>Email: hzeldes@sshhzlaw.com |
| Brittany L. Shaw, Esq.<br>1545 Hotel Circle South, Suite 150<br>San Diego, CA 92108 | Attorneys for Defendant PROGRESSIVE MANAGEMENT SYSTEMS<br><br>T: 619-758-1891<br>F: 619-296-2013<br>Email: bshaw@sessions.legal |

4011713.1