James K. Schultz, Esq. (SBN 309945)
Brittany L. Shaw, Esq. (SBN 331773)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, ISRAEL & SHARTLE, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426
Tel: 619/758-1891
Fax: 877/334-0661
jschultz@sessions.legal
bshaw@sessions.legal
dkirkpatrick@sessions.legal

Attorneys for R.M. Galicia, Inc. dba Progressive Management Systems

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR FERNANDEZ, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>  vs.<br><br>PROGRESSIVE MANAGEMENT SYSTEMS, and EMERGENCY AND ACUTE CARE MEDICAL CORP.<br><br>          Defendants. | Case No. 3:21-cv-00841 BEN RBB<br><br>NOTICE OF PARTY WITH FINANCIAL INTEREST |

TO THE COURT, PLAINTIFF AND HIS ATTORNEY OF RECORD:

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 40.2, the undersigned, counsel of record for defendant R.M. Galicia, Inc. dba Progressive Management Systems certifies that the following listed party may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Defendant, R.M. Galicia, Inc. dba Progressive Management Systems has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: September 15, 2021         SESSIONS, ISRAEL & SHARTLE, L.L.P.

*/s/Brittany L. Shaw*
Brittany L. Shaw
Attorney for Defendant
R.M. Galicia, Inc. dba
Progressive Management Systems