Brittany L. Shaw, Esq. (331773)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
James K. Schultz, Esq. (SBN 309945)
SESSIONS, ISRAEL & SHARTLE, LLP
1545 Hotel Circle South, Suite 150
San Diego, CA  92108
Tel:    619/758-1891
Fax:   877/334-0661
bshaw@sessions.legal
dkirkpatrick@sessions.legal
jschultz@sessions.legal

Attorneys for R.M. Galicia, Inc. dba Progressive Management Systems

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR FERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>PROGRESSIVE MANAGEMENT SYSTEMS and EMERGENCY AND ACUTE CARE MEDICAL CORP.,<br><br>Defendants. | Case No.:  3:21-cv-00841 BEN-RBB<br><br><br>AMENDED PROOF OF SERVICE |

CASE NAME: Hector Fernandez v. R.M. Galicia dba Progressive Management Systems, et al.
CASE NO: 3:21-cv-00841-BEN-RBB

**PROOF OF SERVICE**

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 1545 Hotel Circle South, Suite 150, San Diego, California 92108. On this date I served the following:

ANSWER TO COMPLAINT

(X) BY COURT'S CM/ECF ELECTRONIC FILING SERVER

    I served on the interested parties in this action through their attorney's, as stated below, who have agreed to accept electronic service in this matter, by electronically filing and serving said documents via the Court's CM/ECF electronic filing server.

| | |
|---|---|
| Helen Irene Zeldes, Esq. | Andrew Bao, Esq, |
| Schonbrun Seplow Harris Hoffman & Zeldes LLP | Wolfe & Wyman |
| hzeldes@sshhzlaw.com | aabao@wolfewyman.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: September 15, 2021          */s/ Brittany L. Shaw*

                                                        Brittany L. Shaw