1  Helen I. Zeldes (SBN 220051)
2  *hzeldes@sshhzlaw.com*
   Ben Travis (SBN 205641)
3  *btravis@sshhzlaw.com*
4  **SCHONBRUN SEPLOW HARRIS
   HOFFMANN & ZELDES LLP**
5  501 W. Broadway, Suite 800
6  San Diego, California 92101
   Telephone: (610) 4000-4990
7
8  *Attorneys for Plaintiff, Hector Fernandez.*

9  Andrew A. Bao (SBN 247092)
10 *aabao@ww.law*
   **WOLFE & WYMAN LLP**
11 2301 Dupont Drive, Suite 300
12 Irvine, California 92612-7531
   Telephone: (949) 475-9200
13 Facsimile:  (949) 475-9203
14
   *Attorneys for Defendant,*
15 *Emergency and Acute Care Medical Corp.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| HECTOR FERNANDEZ, individual and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>PROGRESSIVE MANAGEMENT SYSTEMS, et al.<br><br>　　　　　　　　Defendants. | Case No. 3:21-cv-00841-BEN-WVG<br><br>**JOINT MOTION TO RESCHEDULE HEARING DATE REGARDING MOTION TO STRIKE CLASS ALLEGATIONS UNDER FRCP 23, AND MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6) ECF NOS. 5 AND 6**<br><br>**COMPLAINT FILED:** **APRIL 30, 2021**<br>**HON. ROGER T. BENITEZ**<br>**DATE:**　　**DECEMBER 6, 2021**<br>**TIME:**　　10:30 A.M.<br>**COURTROOM:**　　5A |

Plaintiff, Hector Fernandez ("Plaintiff") and Defendant, Emergency and Acute Care Medical Corp. ("Defendant"), by and through their undersigned counsel, respectfully submit this Joint Motion to Reschedule Defendant's Motion to Strike Class Allegations under FRCP 23 (Doc. 5) and Motion to Dismiss (Doc. 6), currently scheduled for hearing on October 4, 2021, to December 6, 2021.

Good cause exists because Plaintiff's counsel has a conflict with the current hearing date.

Accordingly, Plaintiff and Defendant hereby jointly move and stipulate to reschedule the hearing date for Defendant's Motions to December 6, 2021, which date counsel for Defendant has cleared with chambers.

Dated: September 21, 2021    **WOLFE & WYMAN LLP**

By: _/s/ Andrew A. Bao_
Andrew A. Bao
*Attorneys for Defendant,
Emergency and Acute Care Medical Corp.*

Dated: September 21, 2021    **SCHONBRUN SEPOW HARRIS HOFFMAN & ZELDES, LLP**

By: _/s/ Helen I. Zeldes_
Helen I. Zeldes
*Attorney for Plaintiff,
Hector Fernandez.*

# SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Andrew A. Bao, counsel for Defendant and that I have obtained Mr. Bao's approval of his electronic signature on this document.

Dated: September 21, 2021

**SCHONBRUN SEPOW HARRIS HOFFMAN & ZELDES, LLP**

By:   */s/ Helen I. Zeldes*
      Helen I. Zeldes
      *Attorney for Plaintiff,*
      *Hector Fernandez.*