# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| HECTOR FERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PROGRESSIVE MANAGEMENT SYSTEMS, et al.,<br><br>　　　　　Defendants. | Case No. 3:21-cv-00841-BEN-WVG<br><br>**ORDER GRANTING JOINT MOTION TO RESCHEDULE HEARING DATE REGARDING MOTION TO STRIKE CLASS ALLEGATIONS UNDER FRCP 23, AND MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6) ECF Nos. 5 AND 6** |

The parties have filed a joint motion to continue the hearing on Defendant's pending [5, 6] motions to strike and dismiss, currently set for October 4, 2021.

Upon due consideration, good cause appearing, the Court GRANTS the joint motion and accordingly RESETS the motion hearing for December 6, 2021.

**IT IS SO ORDERED.**

DATED:

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Roger T. Benitez
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE