Helen I. Zeldes (SBN 220051)
*hzeldes@sshhzlaw.com*
Ben Travis (SBN 205641)
*btravis@sshhzlaw.com*
**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**
501 W. Broadway, Suite 800
San Diego, California 92101
Telephone: (619) 400-4990

*Attorneys for Plaintiff, Hector Fernandez.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HECTOR FERNANDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PROGRESSIVE MANAGEMENT SYSTEMS, et al.<br><br>Defendants. | Case No. 3:21-cv-00841-BEN-WVG<br><br>**NOTICE OF APPEARANCE OF BEN TRAVIS ON BEHALF OF PLAINTIFF HECTOR FERNANDEZ** |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

I, Ben Travis, certify that I am admitted to practice in this Court. Please enter my appearance as counsel in the above-captioned case for Plaintiff Hector Fernandez.

Dated: September 27, 2021                         **SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES LLP**

By:  */s/ Ben Travis*
         Ben Travis
         *Attorney for Plaintiff,*
         *Hector Fernandez.*