Janet M. Herold (SBN 186419)
JUSTICE CATALYST LAW
123 William St., 16th Floor
New York, NY 10038
646.877.4510
jherold@justicecatalyst.org

*Attorney for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR FERNANDEZ, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE MANAGEMENTS SYSTEMS and EMERGENCY AND ACUTE CARE MEDICAL CORP.,<br><br>Defendant. | Case No. 3:21-cv-00841-BEN-RBB<br><br>**NOTICE OF APPEARANCE FOR JANET M. HEROLD** |

PLEASE TAKE NOTICE THAT the following attorney from Justice Catalyst Law hereby files this Notice of Appearance in the above-captioned case on behalf of Plaintiff Hector Fernandez. All pleadings, motions, discovery, and other material should be served upon counsel at the following address:

Janet M. Herold (SBN 186419)
JUSTICE CATALYST LAW, INC.
123 William Street, 16th Floor
New York, NY 10039
jherold@justicecatalyst.org
Telephone: (646) 877-4510

1

| | | |
|---|---|---|
| 1 | Dated: October 7, 2021 | Respectfully submitted, |
| 2 | | By: */s/ Janet M. Herold* |
| 3 | | Janet M. Herold |

Janet M. Herold (SBN 186419)
JUSTICE CATALYST LAW
123 William Street, 16th Floor
New York, NY 10038
Telephone: (646) 877-4510
jherold@justicecatalyst.org

*Attorney for Plaintiff and the Class*