Patric A. Lester (SBN 220092)
pl@lesterlaw.com
Consumer Attorney Advocates Inc.
5694 Mission Center Road, #358
San Diego, CA 92108
Phone (619) 665-3888

*Attorney for Plaintiff and the Class*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| HECTOR FERNANDEZ, individual and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>  vs.<br><br>PROGRESSIVE MANAGEMENT SYSTEMS, et al.<br><br>         Defendants. | Case No. 3:21-cv-00841-BEN-RBB<br><br>**Notice of Entry of Appearance** |

**PLEASE TAKE NOTICE THAT** Patric Lester hereby appears as co-counsel for Plaintiff in the above-referenced action.

All pleadings and papers should be served electronically in this action via ECF to pl@lesterlaw.com.

Dated October 8, 2021         Consumer Attorney Advocates Inc.

                       By:    s/ Patric Lester
                              Patric Lester
                              pl@lesterlaw.com

# CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

On the date below, I electronically filed with the Court through its CM/ECF program and served through the same program the following:

**Notice of Entry of Appearance**

on the interested parties in the said case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated October 8, 2021                          /s/Patric A. Lester
                                                Patric A. Lester