**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HECTOR FERNANDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE MANAGEMENT SYSTEMS; EMERGENCY AND ACUTE CARE MEDICAL CORP.,<br><br>Defendant. | Case No.: 3:21-cv-00841-BEN-RBB<br><br>**ORDER ON JOINT MOTION TO ALTER THE BRIEFING SCHEDULE FOR PENDING MOTIONS**<br><br>**[ECF No. 24]** |

## I. **INTRODUCTION**

Plaintiff HECTOR FERNANDEZ, individually and on behalf of all others similarly situated, ("Plaintiff") brings this action, alleging violation of various fair debt collection laws against Defendant R.M. GALICIA, INC., a California corporation doing business as PROGRESSIVE MANAGEMENT SYSTEMS ("PMS"), and EMERGENCY AND ACUTE CARE MEDICAL CORP., a California corporation ("EACMC") (collectively, "Defendants"). ECF No. 1. Before the Court is the Joint Motion for Additional Time to Alter the Briefing Schedule on EACMC's pending motions (the "Joint Motion"). ECF No. 24. After considering the papers submitted, supporting documentation, and applicable law, the Court **GRANTS** the Joint Motion.

-1-

## II. BACKGROUND

On April 30, 2021, Plaintiff filed the instant Class Action Complaint for violations of the (1) Federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*; (2) Rosenthal Fair Debt Collection Practices Act, CAL. CIV. § 1788 *et seq.*; (3) California Unfair Competition Law, CAL. BUS. & PROF CODE § 17200 *et seq.*; and (4) California Consumers Legal Remedies Act, CAL. CIV. CODE § 1750 *et seq.* Complaint, ECF No. 1.

On August 18, 2021, Plaintiff and PMS filed a joint motion, seeking an extension of time for PMS to respond to the Complaint in order to allow PMS to complete an internal investigation of Plaintiff's claims and explore potential early settlement. *Id.* at 2, ¶ 4. On September 1, 2021, Plaintiff and PMS filed a second joint motion. ECF No. 4. Meanwhile, that same day, Defendant EACMC filed a Motion to Dismiss for Failure to State a Claim, ECF No. 6, and Motion to Strike the Class Allegations, ECF No. 5.

On September 15, 2021, Defendant PMS filed an Answer to the Complaint. ECF No. 9. On September 21, 2021, Plaintiff and EACMC filed a joint motion to reschedule the hearing for EACMC's pending motions due to the unavailability of counsel. ECF No. 13. However, on September 28, 2021, the Court denied the joint motion as moot due to its decision to submit the pending motions on the papers. ECF No. 15. On October 6, 2021, before the Court issued its ruling, Plaintiff filed a First Amended Complaint (the "FAC"), which made EACMC's pending motions moot. ECF No. 16.

On October 20, 2021, PMS filed an Answer to the FAC, ECF No. 20, while EACMC filed another a Motion to Dismiss the FAC for Failure to State a Claim, ECF No. 22, and Motion to Strike the FAC's Class Allegations, ECF No. 21.

On November 4, 2021, Plaintiff and EACMC filed the instant Joint Motion to Alter the Briefing Schedule for EACMC's pending motions to allow the parties to explore settlement. ECF No. 24. They seek to extend Plaintiff's deadline to respond from November 8, 2021 to November 22, 2021 and EACMC's deadline to reply from November 15, 2021 to December 6, 2021. *Id.*

/ / /

## III. ORDER

Although this is the fourth joint motion seeking an extension filed in this case as well as the second one based on the parties desiring to explore settlement, the Court finds good cause exists to justify the requested extension. Thus, the Court retroactively grants the parties' Joint Motion as follows:

|  | **Original Deadline:** | **Revised Deadline:** |
|---|---|---|
| **Opposition Deadline:** | November 8, 2021 | November 22, 2021 |
| **Reply Deadline:** | November 15, 2021 | December 6, 2021 |
| **Hearing Date:** | November 22, 2021 | December 13, 2021 |

**IT IS SO ORDERED.**

DATED: November 17, 2021

**HON. ROGER T. BENITEZ**
United States District Judge